UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

vs.

STERLING WHEATEN

Criminal No. 18-608 (RMB)

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of the United

States, by Craig Carpenito, United States Attorney for the District of New Jersey (Jason

M. Richardson, Assistant U.S. Attorney, appearing), and defendant Sterling Wheaten

(Louis Barbone, Esq., appearing), for an order granting a continuance of proceedings in

the above-captioned matter; and the defendant being aware that he has the right to

have this matter brought to trial within 70 days of the date of his appearance before a

judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having

consented to such continuance and having waived such right; and for good cause

shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the

following reasons:

1.     The failure to grant a continuance would deny counsel for the

defendant and counsel for the Government the reasonable time necessary for effective

preparation for trial, taking into account the exercise of due diligence.

2.     As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A)

and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh

the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this _and_ day of November, 2018,

ORDERED that this action be, and hereby is, continued until February 1, 2019;

and it is further

ORDERED that the period from the date of this order through February 1, 2019

be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18

U.S.C. § 3161 _et seq._

_____
HONORABLE RENEE MARIE BUMB
United States District Judge

Consented to as to form and entry:

_____
JASON M. RICHARDSON
Assistant U.S. Attorney

_____
LOUIS BARBONE, Esquire
Counsel for defendant Sterling Wheaten