EDWIN J. JACOBS, JR.
ejacobs@jacobsbarbone.law

LOUIS M. BARBONE
lbarbone@jacobsbarbone.law

**JACOBS & BARBONE, P.A.**

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

1125 PACIFIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
WEBSITE: WWW.JACOBSBARBONE.LAW

PATRICK C. JOYCE
pjoyce@jacobsbarbone.law

JOEL S. JUFFE
jjuffe@jacobsbarbone.law

PHYLLIS WIDMAN

pwidman@jacobsbarbone.law

October 8, 2019

Via ECF

Hon. Joel Schneider, USMJ
District Court of New Jersey
Mitchell H. Cohen US Courthouse
4th & Cooper Streets
Camden, NJ 08101

   RE: U.S.A. v. Sterling Wheaten
      Criminal No. 18-608 (RMB)
      Our File No. 16,042

Dear Judge Schneider:

  The Court has ordered a bail review for Wednesday, October 9 at 11:00 a.m. The notice from pre-trial services is based upon a domestic complaint in the Superior Court, Chancery Division of Atlantic County on October 2, 2019. On that date a Temporary Restraining Order was issued based upon *ex parte* testimony of the Petitioner. The Superior Court has set a return date for a Final Restraining Order hearing of Thursday, October 10, 2019 at 8:30 a.m. I have subpoenaed critical evidence for that hearing and assuming the parties are in a position to proceed, it will result in a final order of the Superior Court on the issue of domestic violence.

  For that reason, I respectfully suggest that conclusion in the Superior Court on the domestic violence issue may help fully inform the Court's analysis on bail review. I therefore request that the Wednesday hearing date be adjourned for that purpose. I have forwarded a copy of this request to Mr. Richardson and Pre-Trial Services.

        Respectfully yours,

        JACOBS & BARBONE, P.A.

        Louis M. Barbone

LMB/tah
Cc: Jason Richardson, AUSA
    Nailah A. Green, Pre-Trial Services
    Mr. Sterling Wheaton