Louis M. Barbone, Esquire (N.J. Attorney ID# 014891986)
JACOBS & BARBONE, P.A.
A Professional Corporation
Attorneys at Law
1125 Pacific Avenue
Atlantic City, New Jersey 08401
(609) 348-1125
lbarbone@jacobsbarbone.law

Stacy Ann Biancamano, Esquire
Biancamano Law LLC
312 North Avenue East, Suite 7
Cranford, NJ 07016
sbiancamano@biancamanolaw.com
Attorneys for defendant Sterling Wheaten

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br>v.<br><br>STERLING WHEATEN,<br><br>    Defendant | Criminal No. 18-cr-608 (RMB)<br><br>SECOND CONSENT ORDER MODIFYING THE TERMS AND CONDITIONS OF PRE-TRIAL RELEASE |

THIS MATTER, having been opened to the Court by Louis M. Barbone, Esquire, of the law firm of Jacobs & Barbone, P.A., attorneys for Defendant Sterling Wheaten, and upon the consent of Jason Richardson, AUSA, appearing on behalf of the government, and the court having initially issued an Order for the defendant's release, with specific terms and conditions applicable thereto, on October 11, 2018, and the Court having thereafter amended and modified the terms and conditions of release upon application of the defendant by Order entered October 18, 2019 and the Superior Court, Atlantic County, Law Division, Criminal Part having entered an Order on July 22, 2020, vacating

its previous condition that the defendant have no contact of any kind with Mary Curran, and the Court having modified its Pre-Trial Release Order on August 12, 2020, accordingly, and the parties having consented to further modification as set forth below;

IT IS on this \_\_17th\_\_ day of \_\_June\_\_, 2021;

1. ORDERED AND ADJUDGED that the Court's Order of Pre-Trial Release Conditions, entered October 18, 2019, be and hereby is further modified to permit Plaintiff's reasonable and non-excessive use of alcohol;

2. It is ORDERED AND ADJUDGED that all other terms and conditions set forth in the Court's revised Order of August 12, 2020 be and hereby are continued in full force and effect.

_____
Hon. Renee Marie Bumb, U.S.D.J

I hereby consent to the form and entry of the within Order:

*Jason M. Richardson*
_____
Jason Richardson, Esquire, A.U.S.A.