DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-608 (RMB) |
| v. | : | |
| STERLING WHEATEN | : | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Rachael A. Honig, Acting United States

Attorney for the District of New Jersey, by R. David Walk, Jr., Assistant U.S.

Attorney, is appearing for the United States of America in the above-captioned

matter.

RACHAEL A. HONIG
Acting United States Attorney

*s/ R. David Walk, Jr.*
By:   R. DAVID WALK, JR.
        Assistant U.S. Attorney

Dated:   August 27, 2021