DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-608 (RMB) |
| v. | : | |
| STERLING WHEATEN | : | **NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Rachael A. Honig, Acting United States Attorney for the District of New Jersey, Norman Gross, Assistant U.S. Attorney, is withdrawing his appearance for the United States of America in the above-captioned matter.

RACHAEL A. HONIG
Acting United States Attorney

*s/ Norman Gross*
By:   NORMAN GROSS
       Assistant U.S. Attorney

Dated:   September 7, 2021