## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                              **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**                          September 9, 2021

**COURT REPORTER: KAREN FRIEDLANDER**

**Docket #** CR. 18-00608-001(RMB)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
      vs.
STERLING WHEATON
    **DEFENDANT PRESENT**

**APPEARANCE:**
Jason M. Richardson, AUSA and R. David Walk, Jr., AUSA for Government
Louis M. Barbone, Esquire, Stacy A. Biancamano, Esquire and Daniel Holzapfel, Esquire for defendant

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status Conference held via video.
Ordered trial adjourned until 10/18/21 at 9:00a.m.
Ordered defendant to respond to the motions due by 9/27/21 and Government's reply due by 10/4/21.

Time commenced: 9:30 a.m.                                Time Adjourned: 10:05 a.m.

                                                                                  Total Time: 35 Minutes

                                                                                  s/ Arthur Roney
                                                                                  DEPUTY CLERK