# UNITED STATES DISTRICT COUT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Honorable Renee M. Bumb, USDJ |
| | : Crim. No. 18-cr-00608-RMB-1 |
| vs. | : |
| | : **ORDER** |
| STERLING WHEATEN | : |

**THIS MATTER** having come before the Court on the application of defendant, Sterling Wheaten (by and through counsel, Stacy Ann Biancamano, Esq. and Louis Barbone, Esq.) for an Order extending the time in which to file a response to the government's in limine motions (Dkt. 53); and the United States Attorney's Office (by AUSAs Jason Richardson and David Walk) having no objection to the entry of the Order; and for good cause shown;

IT IS on this __27th__ day of __September__ 2021;

**HEREBY ORDERED:**

1. Defendant's response to the government's in limine motions shall be filed no later than October 4, 2021.
2. Government's reply shall be filed no later than October 11, 2021.

_____
Honorable Renee M. Bumb, U.S.D.J.