UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Renée Marie Bumb |
| v. | : | |
| STERLING WHEATEN | : | Crim. No. 18-608 (RMB) |

To: Stacy Ann Biancamano, Esquire
Biancamano Law, LLC
312 North Avenue East, Suite 7
Cranford, New Jersey 07016

Louis M. Barbone, Esquire
Jacobs & Barbone, P.A.
1125 Pacific Avenue
Atlantic City, New Jersey 08401

PLEASE TAKE NOTICE that Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Jason M. Richardson and R. David Walk, Jr., Assistant U.S. Attorneys) will move on a date to be a date to be determined by the Court, for an order for admitting: the proffered statements of defendant Sterling Wheaten should he violate the proffer agreement. In support of its motion, the United States relies on the accompanying Government's Memorandum of Law in Support of its Motion for In Limine to Admit Certain Evidence.

Respectfully submitted,

RACHAEL A. HONIG
Acting United States Attorney

By: JASON M. RICHARDSON
R. DAVID WALK, JR.
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, Jason M. Richardson, Assistant United States Attorney, do hereby certify that on this date, I served the foregoing Notice of Motion and Government's Memorandum of Law in Support of Its Motion In Limine to Admit Certain Evidence as follows:

### VIA ELECTRONIC FILING

Stacy Ann Biancamano, Esquire  
Biancamano Law, LLC  
312 North Avenue East, Suite 7  
Cranford, New Jersey 07016  

Louis M. Barbone, Esquire  
Jacobs & Barbone, P.A.  
1125 Pacific Avenue  
Atlantic City, New Jersey 08401  

Attorneys for Defendant Sterling Wheaten

JASON M. RICHARDSON  
Assistant United States Attorney

Dated: October 7, 2021