[Docket No. 99]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  STERLING WHEATEN,  Defendant. | Crim No. 18-608 (RMB)  **ORDER** |

This matter comes before the Court on the Government's Motion in *Limine* to Admit Certain Evidence. [Docket No. 99.] As noted by both parties in their supporting briefs [Docket Nos. 99-1 and 103], Defendant's proffer statements, made on October 5, 2018, are admissible <u>only</u> if and when certain circumstances arise during trial.

For the reasons set forth above;

**IT IS** on this **14th** day of **October 2021** hereby

**ORDERED** that the Government's Motion in *Limine* to Admit Certain Evidence [Docket No. 99], is **reserved**.

10/14/21
Date

Renée Marie Bumb
United States District Judge