# Biancamano Law, LLC

42A North 20th Street
Kenilworth, NJ 07033
Phone: (908) 325-3023
Fax: (908) 325-3007

---

December 2, 2021

<u>*Via eMail & eFiling*</u>

Hon. Renee M. Bumb, U.S.D.J.
United States District Court
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, NJ 08101

**Re: United States v. Sterling Wheaten (18-608(RMB))**

Dear Judge Bumb:

  As the Court is aware, our current trial date in this matter is December 13, 2021. In light of Ms. Biancamano's continued recovery from pneumonia, the Parties have conferred and jointly propose the following alternative trial start dates: January 18, 2022; and February 7, 2022 with preference for February 7th to the extent the Court's calendar can accommodate that date.

  Thank you for Your Honor's time and thoughtful consideration in this matter.

            Respectfully submitted,

            /s/ *Daniel Holzapfel*

            Daniel Holzapfel

Cc: Jason Richardson, AUSA
   David Walk, AUSA
   Lou Barbone, Esq.
   Stacy Biancamano, Esq.
   Sterling Wheaten