# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**  January 4, 2022

**COURT REPORTER: ANN MARIE MITCHELL**

**Docket #** CR. 18-00608-001(RMB)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
      vs.
STERLING WHEATON
     **DEFENDANT PRESENT**

**APPEARANCE:**
Jason M. Richardson, AUSA and R. David Walk, Jr., AUSA for Government
Louis M. Barbone, Esquire and Daniel Holzapfel, Esquire for defendant

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status Conference held via video.
Ordered the parties to submit an order to modify conditions of supervised release.

Time commenced: 11:00 a.m.  Time Adjourned 11:20 a.m.

Total Time: 20 Minutes

s/ Arthur Roney
DEPUTY CLERK