DC10 (Rev. 9/63)                                                     NOTICE OF TRIAL

# United States District Court

FOR THE

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>STERLING WHEATEN<br><br>   defendant(s) | :<br>:<br>:<br>:<br>:<br>:<br>:<br>CRIM NO. 18-00608-001(RMB) |

## Trial Notice

**TAKE NOTICE** that the above entitled case has been set for TRIAL, on Tuesday, February 8, 2022 at 9:00 a.m.

Counsel for all parties must confer with each other prior to trial and file any additional submissions regarding the parties' <u>joint</u> requests to charge and/or <u>joint</u> voir dire no later than <u>one week before trial</u>. Any additional proposed charges or questions that could not be agreed upon should be submitted by the propounding party to the Court at the same time. These joint requests and individual charges, in addition to the parties' joint voir dire and individual proposed questions, shall be electronically filed.

Any additional in limine motions and any opposition to the pending in limine motions previously filed on the docket shall also be electronically filed with the Court no later than <u>one week</u> prior to the trial date, if any.

January 25, 2022

If you have any questions,
Please contact me at
(856)757-5014

**WILLIAM T. WALSH** , **CLERK**

s/ *Arthur Roney*
Deputy Clerk

cc:   Hon. Renée Marie Bumb, U.S.D.J.