**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **JUDGE RENÉE MARIE BUMB** | January 31, 2022 |
| **COURT REPORTER: ANN MARIE MITCHELL** | |
| | **Docket #** CR. 18-00608-001(RMB) |

**TITLE OF CASE**:
UNITED STATES OF AMERICA
               vs.
STERLING WHEATON
          **DEFENDANT NOT PRESENT**

**APPEARANCE:**
Jason M. Richardson, AUSA and R. David Walk, Jr., AUSA for Government
Louis M. Barbone, Esquire, Stacy A. Biancamano, Esquire and Daniel Holzapfel, Esquire for defendant

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status Conference held via video.
Ordered jury trial to commence on 2/8/22 at 9:00a.m.

Time commenced: 10:00 a.m.                    Time Adjourned 10:25 a.m.

                                                                    Total Time: 25 Minutes

                                                                    s/ Arthur Roney
                                                                    DEPUTY CLERK