UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Renée Marie Bumb |
| v. | : | |
| STERLING WHEATEN | : | Crim. No. 18-608 (RMB) |

To:  Stacy Ann Biancamano, Esquire           Louis M. Barbone, Esquire
     Biancamano Law, LLC                     Jacobs & Barbone, P.A.
     312 North Avenue East, Suite 7          1125 Pacific Avenue
     Cranford, New Jersey 07016              Atlantic City, New Jersey 08401

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey (Jason M. Richardson and R. David Walk, Jr., Assistant U.S. Attorneys), will move on a date to be a date to be determined by the Court to bar the defendant from calling a second expert witness, Charles Mesloh, Ph.D., as his testimony would be repetitive and cumulative. In support of its motion, the United States relies on the accompanying Brief of the United States in Support of Motion to Exclude Second Defense Expert Witness.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By: JASON M. RICHARDSON
    R. DAVID WALK, JR.
    Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

      I, R. David Walk, Jr., Assistant United States Attorney, do hereby certify that on this date, I caused to be served, via the Court's Electronic Filing System, a copy of the foregoing Notice of Motion and the Brief of the United States in Support of Motion to Exclude Second Defense Expert Witness as follows:

| | |
|---|---|
| Stacy Ann Biancamano, Esquire | Louis M. Barbone, Esquire |
| Biancamano Law, LLC | Jacobs & Barbone, P.A. |
| 312 North Avenue East, Suite 7 | 1125 Pacific Avenue |
| Cranford, New Jersey 07016 | Atlantic City, New Jersey 08401 |

Attorneys for Defendant Sterling Wheaten

 

*[signature]*

R. DAVID WALK, JR.
Assistant United States Attorney

Dated: February 11, 2022