UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

JUDGE RENÉE MARIE BUMB

COURT REPORTER: ANN MARIE MITCHELL

DATE OF PROCEEDINGS

February 10, 2022

Docket # 18-cr-00608-001(RMB)

TITLE OF CASE:
UNITED STATES OF AMERICA
    v.
STERLING WHEATEN
        PRESENT

APPEARANCES:
Jason M. Richardson, AUSA and R. David Walk, Jr., AUSA for Government
Louis M. Barbone, Esquire and Stacy A. Biancamano, Esquire for Defendant

NATURE OF PROCEEDINGS:    TRIAL
Trial w/jury continued before the Honorable Renée Marie Bumb.
The Court continues voir dire of jury.
Number of Jurors: 13
Number of challenges: 26
Ordered jurors sworn; jurors sworn.
R. David Walk, AUSA opens for government.
Louis M. Barone, Esquire opens for defendant.
Michael Elton sworn for government.
Stipulation #3 read into the record for the jury by the Government.
Stipulation #6 read into the record for the jury by the Government.
Stipulation #7 read into the record for the jury by the Government.
Stipulation #1 read into the record for the jury by the Government.
Desiree Perez sworn for government.
Stipulation #2 read into the record for the jury by the Government.
Trial w/jury adjourned until February 14, 2022 at 9:00 a.m.

Time commenced: 8:45am        Time Adjourned: 2:45pm

        Total Time: 6 Hours

        s/ *Arthur Roney*
        DEPUTY CLERK