UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE:

JUDGE RENÉE MARIE BUMB

COURT REPORTER: ANN MARIE MITCHELL

DATE OF PROCEEDINGS

February 15, 2022

Docket # 18-cr-00608-001(RMB)

TITLE OF CASE:
UNITED STATES OF AMERICA
    v.
STERLING WHEATEN
       PRESENT

APPEARANCES:
Jason M. Richardson, AUSA and R. David Walk, Jr., AUSA for Government
Louis M. Barbone, Esquire for Defendant

NATURE OF PROCEEDINGS: TRIAL
Trial w/jury continued before the Honorable Renée Marie Bumb.
Ordered jury served snacks at Government expense.
Kevin Law sworn for government.
David Connor Castellani sworn for government.
Government Rests.
Hearing on Rule 29 motion for Judgment for Acquittal by defendant.
Ordered motion denied without prejudice.
Darrin Lorady sworn for defendant.
Matthew Rogers sworn for defendant.
Trial w/jury adjourned until February 16, 2022 at 9:00 a.m.

Time commenced: 9:00am

Time Adjourned: 2:45pm

Total Time: 5 Hours and 45 Minutes

  s/ *Arthur Roney*
  DEPUTY CLERK