UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 18-608 (RMB) |
| v. | **JUDGMENT OF ACQUITTAL** |
| STERLING WHEATEN | |

The Defendant was found not guilty as to Counts One and Two of the Indictment.

IT IS FURTHER ORDERED that the Defendant is acquitted as to Counts One and Two of the Indictment.

_____
RENÉE MARIE BUMB
United States District Judge